AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

Eastern District of Kentucky
FILED
JUN 22 2016
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br>Mark Sawaf<br><br>Defendant(s) | Case No. 6:16-MJ-6041-HAI |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2016 and June 21, 2016__ in the county of __Harlan__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of a firearm (destructive device) which is not registered in the National Firearms Registration and Transfer Record. |
| 26 U.S.C. § 5861(f) | Making of a firearm (destructive device) in violation of 26 U.S.C. § 5861. |

This criminal complaint is based on these facts:

See the Affidavit of Special Agent Richard McMahan, ATF

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Richard McMahan, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/22/16

_____
Judge's signature

City and state: London, Kentucky

Hon. Hanly A. Ingram, United States Magistrate
Printed name and title