# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL ACTION NO. 6:16-MJ-06041-HAI

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                  **NOTICE OF FILING**
                         **OF REDACTED AFFIDAVIT**

**MARK SAWAF**                                                       **DEFENDANT**

\* \* \* \* \*

Comes the United States and, pursuant to the direction of the Court, hereby provides notice of filing of the redacted affidavit of ATF Special Agent Richard McMahan in support of the Criminal Complaint in this case. [*See* Attachment 1].

                                                                         Respectfully submitted,

                                                                         KERRY B. HARVEY
                                                                         UNITED STATES ATTORNEY

                                                                         */s/ Andrew H. Trimble*
                                                                         Assistant United States Attorney
                                                                         601 Meyers Baker Road, 2nd Floor
                                                                         London, Kentucky 40741
                                                                         (606) 330-4838
                                                                         FAX (606) 864-3590
                                                                         Andrew.Trimble@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to counsel of record.

                                              */s/ Andrew H. Trimble*
                                              Assistant United States Attorney